United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TERRY RAY HAWES,

    Plaintiff,

v.

MARIN COUNTY SHERIFF DEPARTMENT, and ROBERT DOYLE,

    Defendants.
                                     /

No. C 13-1711 JCS (PR)

**ORDER OF DISMISSAL**

Plaintiff has failed to comply with the Court's order to file an amended complaint by the deadline. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).[1] Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain an amended complaint that complies in all respects with the instructions in the order dismissing the complaint with leave to amend. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: December 19, 2013

                                                 JOSEPH C. SPERO
                                               United States Magistrate Judge

---

[1] Plaintiff has consented to magistrate judge jurisdiction. The magistrate, then, has jurisdiction to issue this order, even though defendants have not been served or consented to magistrate jurisdiction. *See Neals v. Norwood*, 59 F.3d 530, 532 (5th Cir. 1995) (holding that magistrate judge had jurisdiction to dismiss prison inmate's action under 42 U.S.C. § 1983 as frivolous without consent of defendants because defendants had not been served yet and therefore were not parties).